# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IVAN DOMINGUEZ, | ) | |
| Petitioner, | ) | 2:12-cv-01609-GMN-GWF |
| vs. | ) | **ORDER** |
| BRIAN E. WILLIAMS, *et al.*, | ) | |
| Respondents. | ) | |

Ivan Dominguez is a Nevada prisoner who has filed petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. In response to this court's order, he has both submitted an application to proceed *in forma pauperis* (ECF #3), as well as paid the filing fee (see ECF #4). Accordingly, his application to proceed *in forma pauperis* will be denied as moot.

The habeas petition shall be filed and docketed, and it shall be served upon the respondents.

A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF #3) is **DENIED** as moot.

1         **IT IS FURTHER ORDERED** that the Clerk shall **FILE** and **ELECTRONICALLY**
2 **SERVE** the petition (see ECF #1) on the respondents.

3         **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from
4 entry of this order within which to answer, or otherwise respond to, the petition. In their answer or other
5 response, respondents shall address any claims presented by petitioner in his petition as well as any
6 claims presented by petitioner in any Statement of Additional Claims. Respondents shall raise all
7 potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and
8 procedural default. **Successive motions to dismiss will not be entertained**. If an answer is filed,
9 respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the
10 United States District Courts under 28 U.S.C. §2254. If an answer is filed, petitioner shall have **forty-**
11 **five (45) days** from the date of service of the answer to file a reply.

12         **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney
13 General of the State of Nevada a copy of every pleading, motion, or other document he submits for
14 consideration by the court. Petitioner shall include with the original paper submitted for filing a
15 certificate stating the date that a true and correct copy of the document was mailed to the Attorney
16 General. The court may disregard any paper that does not include a certificate of service. After
17 respondents appear in this action, petitioner shall make such service upon the particular Deputy Attorney
18 General assigned to the case.

19         **IT IS FURTHER ORDERED** that any state court record exhibits filed by respondents
20 herein shall be filed with a separate index of exhibits identifying the exhibits by number or letter. The
21 CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or

1  letters) of the exhibits in the attachment.  The hard copy of any additional state court record exhibits
2  shall be forwarded – for this case – to the staff attorneys in Reno.
3
4     Dated, this 19th day of November, 2012.
5
6     _____
7     UNITED STATES DISTRICT JUDGE