# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IVAN DOMINGUEZ,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN E. WILLIAMS, *et al.*,<br><br>    Respondents. | 2:12-cv-01609-APG-NJK<br><br>**ORDER** |

This is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. The court appointed CJA counsel on April 17, 2013 (ECF #23). Before the court is petitioner's unopposed motion for extension of time to file his first amended petition (ECF #26). Good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion to extend time to file his amended petition (ECF #26) is **GRANTED**. Petitioner shall file his amended petition on or before October 15, 2013.

Dated, this ___ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE