# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IVAN DOMINGUEZ

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-01609-APG-NJK

**ORDER**

IT IS ORDERED that, from this day forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED: October 1, 2013.

    ANDREW P. GORDON
    United States District Judge