1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**
7             **DISTRICT OF NEVADA**
8
9   IVAN DOMINGUEZ,
10         Petitioner,                          Case No. 2:12-cv-01609-APG-NJK
11   vs.                                        **O R D E R**
12   BRIAN E. WILLIAMS, et al.,
13         Respondents.
14
15         Petitioner having submitted an unopposed motion for extension of time (second request)
16   (Dkt. #29), and good cause appearing;
17         IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time
18   (second request) (Dkt. #29) is **GRANTED**.  Petitioner shall have through **November 14, 2013**, to
19   file and serve an amended petition.
20         DATED:   October 16, 2013.
21
22                                              _____
23                                              ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28