MARIO D. VALENCIA
Nevada Bar No. 6154
1055 Whitney Ranch Dr., Ste. 220
Henderson, NV 89014
T. (702) 940-2222
F. (702) 940-2220
*Counsel for Ivan Dominguez*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IVAN DOMINGUEZ, | 2:12-cv-01609-APG-NJK |
| Petitioner, | |
| v. | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO RESPONDENTS' MOTION TO DISMISS PETITIONER'S FIRST-AMENDED PETITION |
| BRIAN E. WILLIAMS, *et al.*, | |
| Respondents. | (Second Request) |

Pursuant to Rule 12 of the Rules Governing Section 2254 Cases In The United States District Courts, Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, LR 6-1, and LR 6-2, petitioner Ivan Dominguez moves for a 4-day extension of time, up to and including Friday, February 7, 2014, to file a response to respondents' Motion to Dismiss Petitioner's First-Amended Petition (CR 34).

This is Dominguez's second request for an extension of time to file a response to the motion to dismiss the first-amended petition. The response is currently due February 3, 2014. If this unopposed motion is granted, a response will be due Friday, February 7, 2014. *See* FRCP 6(a)(1)(C).

Counsel for respondents has no objection to this request for a an extension of time.

<u>Reasons for the Extension</u>

Counsel for Dominguez was sick for several days last week. He had to file two appellate briefs in the Ninth Circuit between January 21 and January 31, 2014, and he has another appeal

brief that must be filed this Wednesday, February 5, 2014. He has a doctor's appointment tomorrow that will take away from the office and work for most of the day. Nevertheless, counsel has been diligently working on preparing an appropriate response to the motion to dismiss, but there are many issues that must be addressed in the response that are relevant to the arguments made in the motion to dismiss, many of which have required extensive research and analysis. Counsel, however, will get the response filed no later than this Friday, February 7, 2014.

This motion is unopposed. Counsel for respondents has no objection to the request for more time.

### Conclusion

For these reasons, Dominguez respectfully requests the Court grant this unopposed motion and give him until Friday, February 7, 2014 to file a response to respondents' motion to dismiss the first-amended petition.

DATED: February 3, 2014.

                                              s/ Mario D. Valencia
                                              MARIO D. VALENCIA
                                              Counsel for Mr. Dominguez

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: February 5, 2014