# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IVAN DOMINGUEZ,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-01609-APG-NJK

**ORDER**

The court stayed this action while petitioner returned to state court to pursue post-conviction relief. Those proceedings have concluded, and petitioner has submitted a motion to reopen case (ECF No. 64) with errata (ECF No. 65). Good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion to reopen case (ECF No. 64) is **GRANTED**. This action is **REINSTATED**.

IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the first amended petition (#12). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

DATED: September 5, 2017.

                                                        ANDREW P. GORDON
                                                        United States District Judge