1  ADAM PAUL LAXALT
   Attorney General
2  MATTHEW S. JOHNSON (Bar No. 12412)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  Telephone: (775) 684-1272
   Fax: (775) 684-1108
6  MJohnson@ag.nv.gov
   Attorney for Respondents

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IVAN DOMINGUEZ,<br><br>Petitioner(s),<br><br>vs.<br><br>BRIAN E. WILLIAMS,<br><br>Respondent(s). | Case No. 2:12-cv-01609-APG-NJK<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**<br><br>**ORDER** |

Respondents, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a sixty (60) day enlargement of time in which to file and serve their response to Ivan Dominguez's (Dominguez) first amended petition for a writ of habeas corpus.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

There have been no prior enlargements of Respondents' time to file said response to the first amended petition, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 23rd day of October, 2017.

             ADAM PAUL LAXALT
             Attorney General

          By: /s/ Matthew S. Johnson
             MATTHEW S. JOHNSON (Bar No. 12412)
             Deputy Attorney General

1  ADAM PAUL LAXALT
   Attorney General
2  MATTHEW S. JOHNSON (Bar No. 12412)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  Telephone: (775) 684-1272
   Fax: (775) 684-1108
6  MJohnson@ag.nv.gov
   Attorney for Respondents

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

IVAN DOMINGUEZ,

    Petitioner(s),

vs.

BRIAN WILLIAMS,

    Respondent(s).

Case No. 2:12-cv-01609-APG-NJK

**DECLARATION OF COUNSEL**

I, MATTHEW S. JOHNSON, hereby state that the assertions of this declaration are true:

1. I am an attorney licensed to practice law in the State of Nevada and qualified and admitted to practice before this Court. I am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. Pursuant to this employment, I have been assigned to represent the respondents in *Ivan Dominguez v. Brian E. Williams, et al.*, Case No. 2:12-cv-01609-APG-NJK.

2. On September 5, 2017, this Court gave respondent forty-five (45) days to answer or otherwise respond to Dominguez's first-amended petition. ECF No. 66.

3. The current deadline is today: October 23, 2017.

4. I have not been able to devote sufficient time to preparing a response in this case because of obligations in other state and federal cases to which I am assigned. In addition, I will be leaving the employment of the Office of the Attorney General on October 27, 2017, and do not anticipate that I will be able to respond to the allegations in Dominguez's petition during that time because of my obligations in other state and federal cases. In the ensuing week my more than 150 state and federal cases will be assigned to other attorneys in the office.

5. Accordingly, I am requesting an additional sixty (60) days, from the October 23, 2017 due date, in which to prepare and file a response in this case. This is my first request for an enlargement of time for this response.

7. On October 23, 2017, I contacted counsel for petitioner, David K. Neidert, and he indicated that he is not opposed to respondents' motion for an enlargement of time.

Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed on this 23rd day of October, 2017.

By: /s/ Matthew S. Johnson
MATTHEW S. JOHNSON (Bar No. 12412)
Deputy Attorney General

**IT IS SO ORDERED**.

Dated: October 25, 2017.

_____
UNITED STATES DISTRICT JUDGE