# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IVAN DOMINGUEZ,<br><br>Petitioner,<br><br>v.<br><br>BRIAN E. WILLIAMS, ET AL.,<br><br>Respondents. | Case No. 2:12-cv-01609-APG-NJK<br><br>**ERRATA TO ORDER**<br><br>(ECF No. 66) |

The court's Order dated September 5, 2017 (ECF No. 66) referred to the first amended petition as ECF No. 12. The first amended petition is docketed as ECF No. 31. Thus, the respondents are to answer or otherwise respond to the first amended petition (ECF No. 31). All other terms of that prior Order remain the same.

Dated: October 25, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE