# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IVAN DOMINGUEZ,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-01609-APG-NJK

**ORDER**

Respondents filed a notice of substitution of counsel (ECF No. 73), but it was docketed as a motion. The court grants the motion to clear it off the docket, but a motion is unnecessary for respondents to substitute counsel. LSR 3-6(a).

IT IS THEREFORE ORDERED that respondents notice of substitution of counsel (ECF No. 73) is **GRANTED**.

DATED: December 29, 2017

ANDREW P. GORDON
United States District Judge