# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IVAN DOMINGUEZ,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-01609-APG-NJK

**ORDER**

Petitioner having filed an unopposed motion for enlargement (second request) (ECF No. 79), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement (second request) (ECF No. 79) is **GRANTED**. Petitioner will have through April 6, 2018, to file and serve a response to the motion to dismiss (ECF No. 74).

DATED: February 21, 2018.

                                                     ANDREW P. GORDON
                                                   United States District Judge