# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ivan Dominguez, | Case No.: 2:12-cv-1609-APG-NJK |
| Petitioner, | **ORDER** |
| v. | [ECF No. 92] |
| Brian E. Williams, et al., | |
| Respondents. | |

The petitioner's motion for an enlargement of time (**ECF No. 92**) is GRANTED, and the time for the petitioner to file a reply to the answer is extended up to and including **March 8, 2019**.

Dated: February 4, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE