# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IVAN DOMINGUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>        Respondents. | Case No. 2:12-cv-01609-APG-NJK<br><br>**ORDER** |

    Petitioner having filed a motion for enlargement (second request) (ECF No. 95), and good cause appearing;

    IT THEREFORE IS ORDERED that petitioner's motion for enlargement (second request) (**ECF No. 95**) is **GRANTED**. Petitioner will have through April 22, 2019, to file a reply to the answer (ECF No. 91).

    DATED: March 11, 2019.

                                                                                         ANDREW P. GORDON<br>
                                                                                         United States District Judge