## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ivan Dominguez, | Case No.: 2:12-cv-01609-APG-NJK |
| Petitioner, | **Order Denying Proper-Person Motions** |
| v. | [ECF No. 97, 101] |
| Brian E. Williams, et al., | |
| Respondents. | |

Petitioner Ivan Dominguez filed a proper-person motion to substitute counsel, or in the alternative compel counsel to communicate with Dominguez. ECF No. 97. He also filed a proper-person motion to appoint new counsel. ECF No. 101. At this point, the amended petition (ECF No. 31) is fully briefed and awaiting decision. Appointment of new counsel would not serve the interests of justice.

I THEREFORE ORDER that Dominguez's proper-person motion to substitute counsel, or in the alternative compel counsel to communicate with petitioner **(ECF No. 97) is DENIED**.

I FURTHER ORDER that Dominguez's proper-person motion to appoint new counsel **(ECF No. 101) is DENIED**.

DATED this 2nd day of April.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE